# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID C. CRABB & DEBORHA L. CRABB  
2111 - 18TH AVENUE  
ROCKFORD, IL 61104  

Case Number: 04-76272  
SSN-xxx-xx-4583 & xxx-xx-4506

Case filed on: 12/21/2004  
Plan Confirmed on: 3/18/2005  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,340.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 020 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 203 | GREEN TREE SERVICING, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID C. CRABB | 0.00 | 0.00 | 170.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 170.00 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 2,000.00 | 2,000.00 | 2,000.00 | 362.04 |
| 004 | UNION ACCEPTANCE CORPORATION | 1,669.88 | 1,669.88 | 1,669.88 | 302.24 |
| 021 | CHASE MANHATTAN MORTGAGE CORP | 750.00 | 750.00 | 750.00 | 0.00 |
|  | Total Secured | 4,419.88 | 4,419.88 | 4,419.88 | 664.28 |
| 002 | FORD MOTOR CREDIT CORP | 829.37 | 829.37 | 3.49 | 0.00 |
| 003 | GREEN TREE FINANCIAL | 33,016.89 | 33,016.89 | 138.94 | 0.00 |
| 004 | UNION ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 3,133.10 | 3,133.10 | 13.18 | 0.00 |
| 006 | BECKET & LEE, LLP | 953.85 | 953.85 | 4.01 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 692.67 | 692.67 | 2.91 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 1,462.74 | 1,462.74 | 6.16 | 0.00 |
| 009 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 8,514.49 | 8,514.49 | 35.83 | 0.00 |
| 012 | FIGI'S INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 657.58 | 657.58 | 2.77 | 0.00 |
| 014 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSCO / SAV-ON DRUG STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,818.59 | 1,818.59 | 7.66 | 0.00 |
| 017 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SPIEGEL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DISCOVER FINANCIAL SERVICES | 6,730.57 | 6,730.57 | 28.33 | 0.00 |
|  | Total Unsecured | 57,809.85 | 57,809.85 | 243.28 | 0.00 |
|  | Grand Total: | 63,593.73 | 63,593.73 | 6,197.16 | 664.28 |

Total Paid Claimant: $6,861.44  
Trustee Allowance: $478.56  
Percent Paid Unsecured: 0.42  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008          By /s/Heather M. Fagan